ALEXANDER B. CVITAN (SBN 81746),
E-Mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and
E-Mail: marshah@rac-law.com
PETER A. HUTCHINSON (SBN 225399), Members of
E-Mail: peterh@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860;  Facsimile: (2l3) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GROUND SERVICE TECHNOLOGY, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation; SHIMMICK CONSTRUCTION COMPANY, INC.,/OBAYASHI CORPORATION, a Joint Venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation, GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. 13-00414 DMG(JEMx)<br><br>[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER<br><br>Discovery Cut-Off: April 20, 2014<br><br>Pre-Trial Conference: July 29, 2014<br><br>Trial Date: August 26, 2014 |

/ / /

/ / /

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the Stipulated Protective Order is approved, and is hereby entered as an Order of the Court. The Court adds to the Order the requirement of complying with Local Rule 79-5 when filing records under seal.

IT IS SO ORDERED.

DATED: March 18, 2014

*John E. McDermott*

JOHN E. MCDERMOTT
United States Magistrate Judge

{1659 19304}                -2-

263457.1